LIONEL HAGENAERS, Respondent, *v.* ROBERT HERBST, Appellant.

*Hagenaers* v. *Herbst,* 30 App. Div. 546, affirmed.
(Argued October 30, 1900; decided November 16, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 18, 1898, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Henry L. Scheuerman* and *Herbert R. Limburger* for appellant.

*Welton C. Percy* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

———

JAMES H. HUMMEL, Respondent, *v.* ISAAC STERN et al., Appellants.

*Hummel* v. *Stern,* 21 App. Div. 544, affirmed.
(Argued October 30, 1900; decided November 16, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 16, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Henry L. Scheuerman* and *Herbert R. Limburger* for appellants.

*Bronson Winthrop, H. L. Stimson* and *G. B. MacComber* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.